UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| M.E. LAWLOR,<br>    Plaintiff,<br><br> v.<br><br>LABORIE MEDICAL TECHNOLOGIES CORP.,<br>    Defendant. | Civil Action<br>Docket No. 2:12-cv-00127 wks |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties in the above-entitled matter and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal, with prejudice, of all claims in this action, each party to bear its own fees and costs.

DATED at Burlington, Vermont this 31st day of October, 2012.

        /s/ M.E. Lawlor
        M.E. Lawlor, *pro se*
        115 Park Street, #9
        P.O. Box 1268
        Stowe, VT 05672-1268

DATED at Burlington, Vermont this 31st day of October, 2012.

        LANGROCK SPERRY & WOOL, LLP

        /s/ Alison J. Bell
        Alison J. Bell
        P.O. Box 721, 210 College Street
        Burlington, VT 05402-0721
        (802) 864-0217
        Attorneys for Defendant

584859.1